UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 3:10-CR-00081 JD |
| SCOTT BALDWIN (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 6, 2010 [DE 45]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Scott Baldwin's plea of guilty, and FINDS the defendant guilty of Count 3 of the Superseding Indictment, in violation of 18 U.S.C. § 922(n).

SO ORDERED.

ENTERED:  January 5, 2011

/s/ JON E. DEGUILIO
Judge
United States District Court